UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILMA I. LEWIS ) | CIVIL ACTION NO. |
|     Plaintiff ) | 3:10-CV-00930 (AWT) |
| ) | |
| v. ) | |
| ) | |
| HSBC BANK NEVADA, N.A. and EXPERIAN ) | |
| INFORMATION SOLUTIONS, INC. ) | |
|     Defendants ) | FEBRUARY 18, 2011 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the plaintiff, Wilma I. Lewis, through her attorney, and the defendant, Experian Information Solutions, Inc., through its attorneys, hereby stipulate that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees as to EXPERIAN INFORMATION SOLUTIONS, INC. ONLY.

                              Plaintiff, Wilma I. Lewis

                              By /s/ Daniel S. Blinn
                              Daniel S. Blinn  (ct 02188)
                              Consumer Law Group, LLC
                              35 Cold Spring Road, Suite 512
                              Rocky Hill, CT  06067
                              Tel: (860) 571-0408
                              Fax: (860) 571-7457
                              dblinn@consumerlawgroup.com

Defendant, Experian Information Solutions, Inc.

By /s/ Ann H. Rubin
Ann H. Rubin (ct04486)
Carmody & Torrance, LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110
Tel: (203) 573-1200
Fax: (203) 575-2600
arubin@carmodylaw.com
And

George Spencer
JonesDay
222 East 41st Street
New York, NY 10017
Tel: (212) 326-7897
Fax: (212) 755-7306
Email: gspencer@jonesday.com

## **CERTIFICATION**

I hereby certify that on this 18th day of February, 2011, a copy of foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Daniel S. Blinn
Daniel S. Blinn